# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK : | |
| successor by merger to UNIZAN BANK, : | |
| successor by merger to UNITED NATIONAL : | |
| BANK & TRUST CO. : | CASE NO.  2:06-cv-0933 |
| : | |
| Plaintiff, : | JUDGE MARBLEY |
| vs. : | |
| : | Magistrate Kemp |
| MAXFLY AVIATION, INC., et al. : | |
| : | |
| Defendants. : | |

## AGREED JUDGMENT ENTRY

This matter came before the Court upon the Complaint of Plaintiff, The Huntington National Bank, successor by merger to Unizan Bank, National Association, successor by merger to United National Bank & Trust Co. ("Plaintiff) filed with the Franklin County Court of Common Pleas, seeking a money judgment on three Notes executed by Defendant Maxfly Aviation, Inc. ("Maxfly") and three Guaranties executed by Defendant Donald E. Lewandowski, Jr. ("Lewandowski") (Maxfly and Lewandowski are, collectively, the "Defendants").  On November 7, 2007, the Defendants filed a Notice of Removal with this Court.

The Court has been advised that the Plaintiff and Defendants have reached an agreement regarding the settlement of the claims pending in this action, and have entered into a confidential settlement agreement.  Specifically, the Defendants have agreed to consent to the entry of Judgment against them.

By agreement of Plaintiff and Defendants, and in resolution of all pending claims, Judgment is hereby entered in favor of Plaintiff against Defendants Maxfly Aviation, Inc. and Defendant Donald E. Lewandowski, Jr., jointly and severally, in the amount Six Hundred Five Thousand Two Hundred Thirteen Dollars and Sixty-Six Cents ($605,213.66), together with interest from July 27, 2006 at the rate of Ten Percent (10%), attorney's fees, and costs.

**IT IS SO ORDERED.**

  08/12/2008                                                         s/Algenon L. Marbley
Date                                                                           Judge Marbley


APPROVED:


/s/ Lisa Thomas Banal                                    /s/ John D. Hoffman,
Dennis J. Morrison, Esq. (0000887)            John D. Hoffman, Esq.
Lisa Thomas Banal, Esq. (0079209)           Florida Bar No. 825859
MEANS, BICHIMER, BURKHOLDER        LAW OFFICES OF HOFFMAN &
 & BAKER CO., L.P.A.                                    HOFFMAN, P.A.
2006 Kenny Road                                          848 Brickell Ave., Suite 747
 Columbus, OH  43221                                 Miami, Florida 33131
 Telephone:  (614) 485-2010                        Telephone:  (305) 372-2877
 Facsimile:   (614) 485-2019                        Facsimile:   (305) 372-2875
 dmorrison@mbbblaw.com                         Attorney for Defendants
 lbanal@mbbblaw.com
 Attorneys for Plaintiff